# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| **Earnest K. Wake Sr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| **Plaintiff,** | ) | 2:11-cv-00035-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| **Michael J. Astrue,** | ) | |
| **Defendant.** | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2013 Order.

January 14, 2013

Frank G. Johns, Clerk
United States District Court